UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALDO PEREZ,<br><br>                        Plaintiff<br><br>        v.<br><br>JENNIFER NASH, *et al.*,<br><br>                        Defendants | Case No. 2:21-cv-00075-RFB-VCF<br><br>**ORDER** |

**I.    DISCUSSION**

On January 21, 2021, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before March 29, 2021.  (ECF No. 3 at 2).  On February 23, 2021, Plaintiff filed a motion to produce a financial certificate for IFP because he had not yet received his financial certificate from the NDOC.  (ECF No. 14). The Court will construe Plaintiff's motion as a motion for extension of time.  The Court grants Plaintiff's motion for extension of time (ECF No. 14) and directs Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before **June 7, 2021**.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 14) is granted.

IT IS FURTHER ORDERED that on or before **June 7, 2021**, Plaintiff shall either file a fully complete application to proceed *in forma pauperis* with complete financial attachments or pay the full $402 fee for filing a civil action.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with complete financial attachments or pay the full $402 filing fee for a civil action on or before **June 7, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

DATED: 4-6-2021

_____
UNITED STATES MAGISTRATE JUDGE