# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER NASH, *et al.,*<br><br>Defendants. | Case No.: 2:21-cv-00075-RFB-VCF<br><br>**ORDER RE-SETTING INMATE EARLY MEDIATION** |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. ECF No. 29. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- Due to unforeseen scheduling circumstances, the inmate early mediation is reset to **September 17, 2021, at 11:15 a.m.; and**

- Should the parties need to supplement their mediation briefs or email address for the remote mediation, their supplement(s) must be received **no later than 4:00 p.m., on September 10, 2021**.

- The Court now extends the stay until three (3) days after the scheduled IEM, currently set for September 17, 2021. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

///

- For the foregoing reasons, it is ordered that the stay is extended until three (3) days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

**DATED** this 10th day of August 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE