UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GERARDO PEREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>JENNIFER NASH, et al,<br><br>            Defendants. | Case No. 2:21-cv-00075-RFB-VCF<br><br>**AMENDED<br>ORDER FOR TELECONFERENCE APPEARANCE AS TO GERARDO PEREZ, #85726**5 |

TO: CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **GERARDO PEREZ, #85726**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **GERARDO PEREZ, #85726,** on or about Friday, November 19, 2021, at the hour of 11:45 a.m., for a **teleconference appearance** at the Status Conference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GERARDO PEREZ, #85726,** is released and discharged by the said Court; and that G**ERARDO PEREZ, #85726**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>3rd</u> day of November, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**