UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GERARDO PEREZ,

           Plaintiff,

  v.

JENNIFER NASH, et al,

           Defendants.

Case No. 2:21-cv-00075-RFB-VCF

**ORDER TO PRODUCE FOR VIDEOCONFERENCE GERARDO PEREZ, #85726**5

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **GERARDO PEREZ, #85726**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **GERARDO PEREZ, #85726,** on or about Tuesday, January 18, 2022, at the hour of 11:45 a.m., for a **videoconference Status Conference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GERARDO PEREZ, #85726,** is released and discharged by the said Court; and that G**ERARDO PEREZ, #85726**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>3rd</u> day of January, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**