UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO PEREZ,<br><br>             Plaintiff,<br><br>    v.<br><br>JENNIFER NASH, et al,<br><br>             Defendants. | Case No. 2:21-cv-00075-RFB-VCF<br><br>***AMENDED***<br>**ORDER TO PRODUCE<br>FOR VIDEOCONFERENCE<br>GERARDO PEREZ, #85726**5 |

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **GERARDO PEREZ, #85726**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **GERARDO PEREZ, #85726,** on or about Tuesday, April 26, 2022, at the hour of 1:00 p..m., for a **videoconference Status Conference** hearing by zoomgov technology in the instant matter, the Court's prior [73] ORDER is vacated; and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GERARDO PEREZ, #85726,** is released and discharged by the said Court; and that **GERARDO PEREZ, #85726**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>7th</u> day of April, 2022.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**