# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GERARDO PEREZ,

        Plaintiff(s),

v.

JENNIFER NASH, et al.,

        Defendant(s).

2:21-cv-00075-JCM-VCF

**ORDER**

Before the Court is plaintiff's motion to extend time for service of complaint (ECF NO. 104).

No opposition has been filed and the time to file an opposition has passed.  LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

IT IS HEREBY ORDERED that plaintiff's motion to extend time for service of complaint (ECF NO. 104), is GRANTED.  The time to perfect service of process on the remaining unserved defendants, is extended to June 5, 2023.

DATED this 7th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE