UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GERARDO PEREZ,<br><br>            Plaintiff,<br><br>v.<br><br>JENNIFER NASH, et al,<br><br>           Defendants. | Case No. 2:21-cv-00075-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE GERARDO PEREZ, #857265** |

TO:     CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **GERARDO PEREZ, #85726**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **GERARDO PEREZ, #85726,** on or about Tuesday, April 4, 2023, at the hour of 9:30 a.m., for a **videoconference Status Conference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GERARDO PEREZ, #85726,** is released and discharged by the said Court; and that G**ERARDO PEREZ, #85726**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 9th day of March, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**