**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

GERARDO PEREZ,

    Plaintiff,

    v.

JENNIFER NASH, *et al.*,

    Defendants.

Case No. 2:21-cv-00075-RFB-VCF

**ORDER TO PRODUCE GERRARDO PEREZ #85726**

TO:    BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON  INDIAN SPRINGS, NV;
TO:    UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **GERRARDO PEREZ #85726 ,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **GERRARDO PEREZ #85726**  to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about May 9, 2023, at the hour of 9:00 am., to attend a hearing  in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the

Court entitled above, until the said **GERRARDO PEREZ #85726**, is released and discharged by the said Court; and that the said **GERRARDO PEREZ #85726,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 27th day of April, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**