# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO PEREZ,<br><br>    Plaintiffs,<br>vs.<br><br>JENNIFER NASH, *et al.,*<br><br>    Defendants. | Case No. 2:21-cv-00075-RFB-VCF<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants E. Barrajas, Neil, M. Hagmann, Malcom, and Perez, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as to Defendants E. Barrajas, Neil, M. Hagmann, Malcom, and Perez.

DATED this 3rd day of May, 2023

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**