JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO PEREZ, <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER NASH, et al., <br><br> Defendants. | CASE NO.:   2:21-cv-00075-RFB-MDC |

## JOINT DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(e), Plaintiff, by and through his attorney of record, James D. Urrutia, Esq. of the LJU LAW FIRM, and Defendants, Gregory Bryan And Jennifer Nash, by and through their attorney of record, Leo Thomas Hendges Esq. of OFFICE OF THE NEVADA ATTORNEY GENERAL, and Defendants LaDeana Morgan, LPN, Carlos Narveaz, N. Samburg and Gerald Walker, APN by and through their attorney of record, Jacob B. Lee, Esq. of STRUCK LOVE BOJANOWSKI & ACEDO, PLC and Gina G. Winspear, Esq. of DENNETT WINSPEAR LLP, hereby submit the following Discovery Plan and Scheduling Order.

Defendants Gregory Bryan and Jennifer Nash filed their Answer on March 30, 2022.

Defendants LaDeana Morgan, LPN, Carlos Narveaz, N. Samburg and Gerald Walker, APN have not filed an Answer to Plaintiff's Complaint.[1]

**1.** Discovery cut-off date. The first Defendant answered or otherwise appeared on March 30, 2022. The case has been stayed. The Discovery cut-off date is **WEDNESDAY, AUGUST 28, 2024**.

**2.** Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is **THURSDAY, MAY 30, 2024**.

**3.** Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is **FRIDAY, JUNE 28, 2024**. The deadline to disclose rebuttal experts is **MONDAY, JULY 29, 2024**.

**4.** Dispositive Motions. The deadline to file dispositive motions is **FRIDAY, SEPTEMBER 27, 2024**.

**5.** Pretrial Order. The deadline to file a pretrial order is **MONDAY, OCTOBER 29, 2024**, or 30 days after the Court rules on any dispositive motions, whichever is later.

**6.** Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order. [Unless the parties stipulate otherwise in this proposed discovery plan and scheduling order and the court so orders.]

**7.** Alternative Dispute Resolution. The parties certify that they met and conferred

---

[1] On March 2, 2023, these Defendants (collectively, "CoreCivic Defendants") entered a special/limited appearance for the purpose of responding to Plaintiff's Request for Default, preserving all applicable defenses, including all service-related defenses. (Dkt. 106.) As stated in their Response to Plaintiff's Request for Default, the CoreCivic Defendants have not been properly served, and the time to do so has long since expired. (Dkt. 107.) The CoreCivic Defendants are preparing and will soon file a Motion to Dismiss based on, among other things, Plaintiff's failure to timely and properly serve them. By complying with the Court's February 23, 2024 Order to meet and confer with the other parties and submit a proposed Scheduling Order, the CoreCivic Defendants do not waive these objections, but expressly preserve them.

about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

8. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

/ / /

/ / /

/ / /

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

Electronic Evidence.  The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.  [Applies only in cases in which a jury trial has been demanded.  If applicable, state any stipulations the parties reached regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system.]

Dated this 1st day of March, 2024.

**LJU LAW FIRM**

/s/ James D. Urrutia
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
7575 Vegas Drive, Suite 100
Las Vegas, Nevada 89128
*Counsel for Plaintiff*

Dated this 1st day of March, 2024.

**Office of the Nevada Attorney General**

/s/ Leo Thomas Hendges
LEO THOMAS HENDGES ESQ.
Nevada Bar No. _____
555 E. Washington Ave Suite 3900
Las Vegas, NV 89101
*Counsel for Jennifer Nash and Gregory Bryan*

Dated this 1st day of March, 2024.

**Struck Love Bojanowski & Acedo, PLC**

/s/ Jacob Brady Lee
JACOB BRADY LEE, ESQ.
Nevada Bar No. 012428
3100 W. Ray Road, Ste. 300
Chandler, AZ  85226

Gina G. Winspear, Esq.
**DENNETT WINSPEAR, LLP**
Nevada Bar No. 005552
3301 N. Buffalo, Suite 195
Las Vegas, NV  89129

*Counsel for CoreCivic Defendants*

**ORDER**

**IT IS SO ORDERED. The parties must use the correct case number 2:21-cv-00075-RFB-MDC in all future filings.**

_____
United States Magistrate Judge
Dated: 3/5/24