1  Ashlee B. Hesman
   Nevada Bar No. 012740
2  Jamie D. Guzman *(pro hac vice)*
   STRUCK LOVE ACEDO, PLC
3  3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
4  Tel.:  (480) 420-1600
   Fax:  (480) 420-1695
5  ahesman@strucklove.com
   jguzman@strucklove.com
6
   James E. Harper
7  Nevada Bar No. 9822
   HARPER | SELIM
8  1935 Village Center Circle
   Las Vegas, Nevada  89134
9  Tel:  (702) 948-9240
   Fax: (702) 778-6600
10 eservice@harperselim.com

11 *Attorneys for Defendants CoreCivic, Inc.,
   Hegmann, Nale, Walker and Morgan*

12

**UNITED STATES DISTRICT COURT**

13

**DISTRICT OF NEVADA**

14

15  GERARDO PEREZ,                             Case No. 2:21-00075-RFB-MDC

16            Plaintiff,
                                                **STIPULATION TO SUBSTITUTE**
17  v.                                          **LOCAL COUNSEL**

18  JENNIFER NASH, et al.,

19            Defendants.

20     Pursuant to LR IA 11-6(c), Defendants CoreCivic Inc., Hegmann, Nale, Walker, and

21  Morgan (hereafter, "CoreCivic Defendants"), withdrawing counsel of record, Gina G.

22  Winspear, and newly appearing counsel, James E. Harper, stipulate to Ms. Winspear's

23  withdrawal and Mr. Harper's substitution as local counsel for CoreCivic Defendants.

24  Ashlee B. Hesman and Jamie D. Guzman of Struck Love Acedo, PLC shall continue as counsel

25  for CoreCivic Defendants.

26

27

28

## CLIENT CONSENT

CoreCivic Defendants consent to the substitution of Mr. Harper as local counsel in this action.

By _____
Tom Shaw, Assistant General Counsel, on behalf of CoreCivic Defendants

RESPECTFULLY SUBMITTED this 7th day of August, 2025.

STRUCK LOVE ACEDO, PLC

By /s/ Jamie D. Guzman

Ashlee B. Hesman
Jamie D. Guzman *(pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants CoreCivic, Inc., Hegmann, Nale, Walker and Morgan*

By /s/ James E. Harper

James E. Harper
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperselim.com

*Newly Appearing Attorney for Defendants CoreCivic, Inc., Hegmann, Nale, Walker and Morgan*

By /s/ Gina G. Winspear

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, Nevada 89129
GWinspear@dennettwinspear.com

*Withdrawing Attorney for Defendants CoreCivic, Inc., Hegmann, Nale, Walker and Morgan*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 16, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James D. Urrutia
LJU LAW FIRM
7575 Vegas Drive, Ste. 100
Las Vegas, NV  89128
James@TheLJU.com

*Attorney for Plaintiff*

Aaron D. Ford – Attorney General
Leo T. Hendges – Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
lhendges@ag.nv.gov

*Attorneys for Defendants Gregory Bryan and Jennifer Nash*

/s/ C. Flajnik