Ashlee B. Hesman
Nevada Bar No. 012740
Jamie D. Guzman *(pro hac vice)*
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com
jguzman@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
eservice@harperwixom.com

*Attorneys for Defendant CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERARDO PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER NASH, et al.,<br><br>Defendants. | Case No. 2:21-cv-00075-RFB-MDC<br><br>**STIPULATION REGARDING AUGUST 19, 2026 HEARING** |

The parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court vacate the hearing currently set for August 19, 2026. The parties are continuing to confer regarding CoreCivic's response and objections to Plaintiff's Fourth Amended Notice of Video-Recorded Deposition of Defendant, and request additional time to do so before presenting any unresolved dispute to the Court.

On July 28, 2026, Plaintiff served a Fourth Amended Notice of Video-Recorded Deposition of Defendant ("Notice"). (Dkt. 255-2.) The Notice reduced Plaintiff's prior nine deposition topics to five self-contained topics, and replaced all topics contained in Plaintiff's

prior Rule 30(b)(6) notices to CoreCivic. In doing so, Plaintiff withdrew his prior topics concerning document creation, dissemination, filing and indexing, and litigation-hold and preservation efforts.

On August 13, 2026, CoreCivic served its written response and objections to the Notice. CoreCivic has stated that, subject to its objections, it will produce a witness to testify regarding certain of the noticed topics. The parties continue to confer regarding the scope of the topics, the definitions used in the Notice, and the designation of and deposition date for CoreCivic's corporate witness.

The parties agree that the August 19, 2026 hearing may be vacated to permit that conferral to continue. The parties will confer within fourteen (14) days of the entry of this Order and will select a mutually agreeable date for the deposition of CoreCivic's designee. If the parties are unable to resolve any dispute concerning the Notice, they will present the unresolved dispute to the Court in a single joint filing in accordance with the Court's June 23, 2026 Order (Dkt. 250). Neither party waives any position, objection, argument, or right by entering into this Stipulation, and nothing herein constitutes an admission by either party as to the propriety or impropriety of any noticed topic or objection.

CoreCivic shall not file any dispositive motion until after the Rule 30(b)(6) deposition of its designee has been completed. Plaintiff's agreement to vacate the August 19, 2026 hearing is expressly conditioned upon this paragraph.

RESPECTFULLY SUBMITTED this 17th day of August, 2026.

LJU LAW FIRM

By /s/ James D. Urrutia (*with permission)*
James D. Urrutia
Alyssa N. Piraino
7575 Vegas Drive, Ste. 100
Las Vegas, NV 89128
James@TheLJU.com
Alyssa@TheLJU.com

*Attorneys for Plaintiff*

STRUCK LOVE ACEDO, PLC

By /s/ Jamie D. Guzman
Ashlee B. Hesman
Jamie D. Guzman *(pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
jguzman@strucklove.com

James E. Harper
HARPER WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperwixom.com

*Attorneys for Defendant CoreCivic, Inc.*

**IT IS SO ORDERED:** The foregoing stipulation to vacate hearing is **GRANTED**. The August 19, 2026, hearing on defendants' unilateral "Stipulation Regarding Discovery Dispute (ECF No. 252) and related filings is **VACATED**. Future stipulations must not have an orphan signature block. For various reasons, LR IA 6-2 requires the judicial signature block to appear on the same page as the last substantive matter of the stipulation.

United States Magistrate Judge

DATED: 8/18/26

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James D. Urrutia
Alyssa N. Piraino
LJU LAW FIRM
7575 Vegas Drive, Ste. 100
Las Vegas, NV 89128
James@TheLJU.com
Alyssa@TheLJU.com

*Attorneys for Plaintiff*

AARON D. FORD
Attorney General
VICTORIA C. COREY
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way,
Suite 100
Las Vegas, Nevada 89119
vcorey@ag.nv.gov

*Attorneys for Defendants Gregory Bryan and Jennifer Nash*

/s/ C. Flajnik