JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
ALYSSA N. PIRAINO, ESQ.
Nevada Bar No. 14601
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
Alyssa@TheLJU.com
*Counsel for Plaintiff*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERARDO PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER NASH, et al.,<br><br>Defendants. | CASE NO.: 2:21-cv-00075-RFB-VCF<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF GERARDO PEREZ** |

**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

COMES NOW, JAMES D. URRUTIA, ESQ., and ALYSSA N. PIRAINO, ESQ., of the LJU LAW FIRM, counsel of record for Plaintiff GERARDO PEREZ, and hereby move this Court pursuant to Local Rule IA 11-6(b) for leave to withdraw as counsel of record for Plaintiff in the above-captioned matter. This Motion is based upon the papers and pleadings on file, the Declaration of James D. Urrutia, Esq. submitted herewith, and the following Memorandum of Points and Authorities.

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

Plaintiff has been advised of counsel's intent to withdraw and consents to the withdrawal. No substitute counsel has yet been retained. As set forth below, no hearing is presently on calendar, no trial date has been set, and the next deadline requiring affirmative action by Plaintiff is more than fifty days away. Withdrawal will therefore not delay discovery, trial, or any hearing in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

1. James D. Urrutia, Esq., and Alyssa N. Piraino, Esq., of the LJU Law Firm, are counsel of record for Plaintiff Gerardo Perez in this action and have represented Plaintiff since February 16, 2024. Both attorneys, and the LJU Law Firm, seek leave to withdraw. No attorney of the LJU Law Firm will remain in the case.
2. Over the course of the representation, irreconcilable differences have arisen between counsel and Plaintiff concerning the objectives and direction of this litigation. Those differences cannot be resolved and have rendered the continued attorney-client relationship unworkable.
3. Counsel does not disclose the substance of the disagreement in order to preserve the attorney-client privilege and Plaintiff's confidences under Nev. R. Prof. Conduct 1.6. Counsel is prepared to submit further detail under seal or in camera should the Court so require.
4. Counsel has conferred with Plaintiff regarding withdrawal on three separate occasions. On July 24, 2026, and again on August 17, 2026, counsel advised Plaintiff that counsel would have to withdraw from the representation. On August 19, 2026,

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

counsel advised Plaintiff that counsel is withdrawing. Plaintiff consents to counsel's withdrawal. Plaintiff has not yet retained substitute counsel and understands that he must either retain new counsel or proceed on his own behalf.

5. Counsel has also provided Plaintiff with written notice of counsel's intent to withdraw, advising Plaintiff of the status of this case, of all pending matters, and of all applicable deadlines, and advising Plaintiff to retain substitute counsel promptly. A true and correct copy of that written notice is attached hereto as **Exhibit 2**.

6. Counsel will surrender Plaintiff's file and any papers and property to which Plaintiff is entitled, and will cooperate fully with any substitute counsel, in accordance with Nev. R. Prof. Conduct 1.16(d).

7. Plaintiff's last known contact information, at which Plaintiff may be served with notice of further proceedings in this case, is as follows:

GERARDO PEREZ
1417 Lucilee Street
Las Vegas, NV 89101

5479 Burkshire Drive
Las Vegas, NV 89142

geralaloperez@gmail.com

702.801.5163

8. Concurrently with the filing of this Motion, counsel has served a copy of this Motion and the supporting Declaration upon Plaintiff at the addresses and email set forth above and upon all counsel of record, as required by Local Rule IA 11-6(b).

/ / /

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

## II. LEGAL STANDARD

Local Rule IA 11-6(b) provides that "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel," and that "[t]he affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise." D. Nev. LR IA 11-6(b). Withdrawal is granted upon a showing of good cause. LR IA 11-6(e).

Subsections (d) and (e) of the Rule address timing. Withdrawal "will not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in the case," LR IA 11-6(d), and "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e). Where delay would result, the moving papers must request specific relief from the affected setting. Id.

The Nevada Rules of Professional Conduct likewise permit withdrawal where it "can be accomplished without material adverse effect on the interests of the client," Nev. R. Prof. Conduct 1.16(b)(1); where "the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement," id. 1.16(b)(4); or where the representation "has been rendered unreasonably difficult by the client," id. 1.16(b)(6).

## III. ARGUMENT

### A. Good cause supports withdrawal.

Irreconcilable differences between counsel and Plaintiff over the objectives and conduct of this litigation constitute good cause for withdrawal under Local Rule IA 11-6(e) and Nev. R. Prof. Conduct 1.16(b)(1), (b)(4), and (b)(6). The attorney-client relationship depends upon shared objectives and mutual confidence. Where, as here, that foundation has broken down, continued

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

representation would disserve both the client and the orderly progress of the case. Counsel cannot effectively advocate for a client with whom counsel has a fundamental disagreement about the direction of the litigation, and Plaintiff is better served by counsel with whom he is aligned.

**B. Plaintiff consents to withdrawal and has been fully advised.**

Plaintiff has been informed of counsel's intent to withdraw and consents. Plaintiff has been advised of the current posture of the case, all pending matters, and all applicable deadlines, and has been advised to retain substitute counsel promptly. Client consent weighs strongly in favor of granting this Motion, because the withdrawal is not adverse to Plaintiff's expressed wishes and presents no risk that Plaintiff is being abandoned against his will. Counsel will continue to represent Plaintiff until such time as the Court grants this Motion and either substitute counsel enters an appearance or the Court otherwise directs.

**C. Withdrawal will not delay discovery, trial, or any hearing.**

Local Rule IA 11-6(e) provides that, except for good cause shown, no withdrawal will be approved if it will result in delay of discovery, the trial, or any hearing, and that where such delay would result the moving papers must request specific relief from the affected setting. Counsel does not rest on a bare assertion that no delay will occur; the schedule itself establishes it.

The operative scheduling order is the Joint Discovery Plan and Scheduling Order at ECF No. 248, signed March 17, 2026. Under that order, the deadline to amend the pleadings and add parties has expired; initial disclosures were due April 16, 2026; Plaintiff's expert disclosures and reports were due July 24, 2026; Defendants' expert disclosures and reports are due September 11, 2026; Plaintiff's rebuttal expert reports are due October 12, 2026; discovery closes November 20, 2026; dispositive motions are due December 21, 2026; and the joint pretrial order is due January

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

21, 2027, or thirty days after a ruling on any dispositive motion, whichever is later. No trial date has been set, and the parties did not consent to trial before the Magistrate Judge.

No hearing is presently on calendar. The hearing previously set for August 19, 2026 has been vacated. The parties have further stipulated that no dispositive motion will be filed until the deposition at issue in the pending discovery dispute has been taken, which forecloses any near-term dispositive-motion deadline pressure.

The next deadline requiring affirmative action by Plaintiff is the October 12, 2026 rebuttal expert report deadline — more than fifty days after the filing of this Motion — and the discovery cut-off is more than ninety days out. A thirty-day period for Plaintiff to retain substitute counsel therefore fits within the existing schedule without disturbing it. Out of an abundance of caution, and solely to satisfy the specific-relief requirement of Local Rule IA 11-6(e), counsel requests in the alternative that if the Court concludes the transition period will encroach upon Plaintiff's October 12, 2026 rebuttal deadline, the Court extend that single deadline by thirty (30) days. No other date requires adjustment.

**D. No party will be prejudiced.**

The pleadings in this action are settled. Plaintiff's Amended Complaint was filed March 7, 2025 (ECF No. 177); by order entered February 23, 2026 (ECF No. 241) the Court narrowed the claims that will proceed; the individual CoreCivic defendants were thereafter dismissed (ECF No. 244); and the deadline to amend the pleadings or add parties has expired. The discovery already conducted, including Plaintiff's written discovery responses, remains fully binding on Plaintiff regardless of who represents him. Counsel will cooperate in transferring the file to substitute counsel to ensure a seamless transition. Defendants will suffer no prejudice from a change in

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

Plaintiff's counsel.

**E. A short period to retain new counsel is appropriate.**

Because Plaintiff has not yet retained substitute counsel, counsel respectfully requests that the Court afford Plaintiff a reasonable period — no more than thirty (30) days from entry of the order granting this Motion — within which to file either a notice of appearance of substitute counsel or a notice of intent to proceed without counsel. Such an accommodation is routinely granted, imposes no material burden upon Defendants, and protects Plaintiff's right to be heard on the merits.

/ / /

/ / /

/ / /

## IV. CONCLUSION

For the foregoing reasons, counsel respectfully requests that the Court enter an order: (1) granting James D. Urrutia, Esq., Alyssa N. Piraino, Esq., and the LJU Law Firm leave to withdraw as counsel of record for Plaintiff Gerardo Perez; (2) directing that all future notices, pleadings, and papers be served upon Plaintiff at his last known address set forth above until substitute counsel appears; (3) affording Plaintiff thirty (30) days from entry of the order within which to file a notice of appearance of substitute counsel or a notice of intent to proceed without counsel; (4) removing counsel from the CM/ECF service list in this matter; (5) in the alternative, and only if the Court concludes the transition period will encroach upon that deadline, extending Plaintiff's October 12, 2026 rebuttal expert report deadline by thirty (30) days; and (6) granting such other and further relief as the Court deems just and proper.

DATED this 20th day of August, 2026.

**IT IS SO ORDERED:** The Motion to Withdraw (ECF No. 262) is **GRANTED.**

____________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 11-12-26

**LJU LAW FIRM**

By: /s/ James Urrutia
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
ALYSSA N. PIRAINO, ESQ.
Nevada Bar No. 14601
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
Withdrawing counsel for Plaintiff

**LJU LAW FIRM**
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

Declaration of James D. Urrutia, Esq.

JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
ALYSSA N. PIRAINO, ESQ.
Nevada Bar No. 14601
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
Alyssa@TheLJU.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERARDO PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER NASH, et al.,<br><br>Defendants. | CASE NO.: 2:21-cv-00075-RFB-VCF<br><br>**DECLARATION OF JAMES D. URRUTIA, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**DECLARATION OF JAMES D. URRUTIA, ESQ.**

I, JAMES D. URRUTIA, ESQ., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice law in the State of Nevada, Nevada Bar No. 12885, and am admitted to practice before this Court. I am the owner and managing attorney of the LJU Law Firm and am counsel of record for Plaintiff Gerardo Perez in this action. I make this Declaration based upon my personal knowledge, and if



LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

called as a witness, I could and would competently testify to the matters set forth herein.

2. I submit this Declaration in support of the Motion to Withdraw as Counsel of Record filed on behalf of myself, Alyssa N. Piraino, Esq., and the LJU Law Firm. Ms. Piraino is an attorney of the LJU Law Firm, and her representation of Plaintiff in this action arises solely from her association with the firm. Upon the withdrawal sought by this Motion, no attorney of the LJU Law Firm will remain as counsel of record for Plaintiff.

3. Irreconcilable differences have arisen between Plaintiff and me regarding the objectives and conduct of this litigation. Those differences are fundamental, cannot be resolved, and have rendered my continued representation of Plaintiff unreasonably difficult.

4. I have not detailed the substance of those differences in order to protect Plaintiff's confidences and the attorney-client privilege. If the Court requires additional information, I am prepared to provide it under seal or in camera.

5. I have spoken with Plaintiff about withdrawal on three separate occasions. On July 24, 2026 and again on August 17, 2026, I advised Plaintiff that I would have to withdraw from the representation. On August 19, 2026, I advised Plaintiff that I am withdrawing. Plaintiff consents to my withdrawal. Plaintiff has not retained substitute counsel as of the date of this Declaration.

6. I advised Plaintiff of the current status of this case, of all pending matters, and of all applicable deadlines, and I advised Plaintiff to retain substitute counsel promptly or

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

to notify the Court of an intent to proceed without counsel. I also provided Plaintiff with written notice of my intent to withdraw. A true and correct copy of that written notice is attached to the Motion as **Exhibit 2**.

7. I will take all steps reasonably practicable to protect Plaintiff's interests, including surrendering Plaintiff's file and all papers and property to which Plaintiff is entitled, and cooperating fully with any substitute counsel, consistent with Nev. R. Prof. Conduct 1.16(d).

8. Plaintiff's last known addresses at which he may be served with notice of further proceedings in this case are 1417 Lucilee Street, Las Vegas, NV 89101 and 5479 Burkshire Drive, Las Vegas, NV 89142. Plaintiff's last known telephone number is 702.801.5163 and last known email address is geralaloperez@gmail.com.

9. No trial date has been set in this matter and no hearing is presently on calendar. The hearing previously set for August 19, 2026 has been vacated. Under the operative scheduling order at ECF No. 248, Defendants' expert disclosures are due September 11, 2026, Plaintiff's rebuttal expert reports are due October 12, 2026, discovery closes November 20, 2026, and dispositive motions are due December 21, 2026. The parties have stipulated that no dispositive motion will be filed until the deposition at issue in the pending discovery dispute has been taken. My withdrawal will not cause delay of discovery, trial, or any hearing in this case.

10. I have served, or caused to be served, a copy of the Motion and this Declaration upon Plaintiff at his last known address and upon all counsel of record.

/ / /

**LJU LAW FIRM**
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 20th day of August, 2026, at Las Vegas, Nevada.

*<u>/s/ James Urrutia</u>*
JAMES D. URRUTIA, ESQ.

# □ □ □ □□ □□ □2

Written Notice of Intent to Withdraw
Letter to Gerardo Perez dated August 19, 2026

LJU LAW FIRM
PERSONAL INJURY &
CIVIL RIGHTS TRIAL LAWYERS

(702) 707-9433
(702) 702-2194
7575 Vegas Dr, Suite 100
Las Vegas, NV 89128

August 19, 2026

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Mr. Gerardo Perez
1417 Lucilee Street
Las Vegas, NV 89101
geralaloperez@gmail.com

**RE: NOTICE OF INTENT TO WITHDRAW AS COUNSEL**
*Perez v. Nash, et al.*, Case No. 2:21-cv-00075-RFB-MDC
United States District Court, District of Nevada

Dear Mr. Perez:

This letter confirms in writing what I have already discussed with you directly. LJU Law Firm is withdrawing as your counsel in the above-referenced lawsuit. This letter serves as your formal written notice of that decision.

**Our conversations**

I have spoken with you about this matter on at least three separate occasions. On July 24, 2026, and again on August 17, 2026, we discussed my need to withdraw from representing you in this case. On August 19, 2026, I told you that I am withdrawing. In the first two conversations you indicated that you consented to my withdrawal; on the third occasion you hung up on me and rejected my immediate callback attempt.

Because irreconcilable differences have arisen between us regarding the objectives and direction of this litigation, I cannot continue to represent you effectively. I am not disclosing the substance of those differences in the court filing in order to protect your confidences and the attorney-client privilege.

**What happens next**

Withdrawal is not automatic. Under the local rules of the United States District Court for the District of Nevada, I must file a motion asking the Court for permission to withdraw, and I must serve that motion on you and on the attorneys for the defendants. I will continue to represent you until the Court grants that motion.

You have the right to file a response to the motion with the Court. Under Local Rule IA 11-6(b), you may, but are not required to, file a response within fourteen (14) days after the motion is filed.

In the motion, I am asking the Court to give you thirty (30) days from the date it grants the withdrawal to either (a) have a new attorney file a notice of appearance on your behalf, or (b) notify the Court that you intend to represent yourself.

/ / /

/ / /

**This is very important — your deadlines do not stop**

My withdrawal does not pause this lawsuit and does not extend any deadline. If you do not obtain new counsel, you will be responsible for meeting every deadline yourself, and missing a deadline could seriously damage or end your case. The deadlines currently set by the Court's Scheduling Order are:

- September 11, 2026 — Defendants' expert disclosures and reports are due.
- October 12, 2026 — Your rebuttal expert reports are due.
- November 20, 2026 — Discovery closes. No further discovery may be taken after this date.
- December 21, 2026 — Dispositive motions are due.
- January 21, 2027 — The joint pretrial order is due, or thirty days after the Court rules on any dispositive motion, whichever is later.

The deadlines to amend the pleadings and to add parties have already passed. No trial date has been set. The hearing that had been set for August 19, 2026 has been vacated. There is also a pending dispute over a deposition of CoreCivic, and the parties have agreed that no dispositive motion will be filed until that deposition is taken.

I strongly urge you to consult a new attorney immediately. The longer you wait, the harder it will be for a new attorney to get up to speed before the deadlines above. If you need help locating an attorney, the State Bar of Nevada operates a Lawyer Referral and Information Service that can provide referrals.

**Your file**

Consistent with Nevada Rule of Professional Conduct 1.16(d), I will take all steps reasonably practicable to protect your interests. Your complete file, along with any papers and property to which you are entitled, is available to you or to any new attorney you retain. Please let me know in writing how you would like the file delivered, or have your new attorney contact my office directly and we will transfer it promptly and cooperate fully with them.

Until the Court rules on the motion, please continue to direct any communications about this case to my office so that nothing is missed. Once the withdrawal is granted, all notices and papers in the case will be sent directly to you at your last known address unless a new attorney has appeared for you. Please notify the Court in writing of any change in your address.

I regret that the representation must end this way, and I wish you the best in the continued pursuit of your claims.

Very truly yours,

**LJU LAW FIRM**

*/s/ James Urrutia*___________
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885

Enclosure: Copy of Motion to Withdraw as Counsel of Record (upon filing)
cc: Alyssa N. Piraino, Esq.

LJU LAW FIRM
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2026, I caused a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF GERARDO PEREZ and the DECLARATION OF JAMES D. URRUTIA, ESQ. to be served as follows:

1. Via the Court's CM/ECF electronic filing system upon all counsel of record registered to receive electronic notice in this matter, including the following:

Ashlee B. Hesman, Esq.
Jamie D. Guzman, Esq.
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com
jguzman@strucklove.com

James E. Harper, Esq.
HARPER WIXOM
1935 Village Center Circle
Las Vegas, NV 89134
eservice@harperwixom.com
Attorneys for Defendant CoreCivic, Inc.

Victoria C. Corey, Esq.
Senior Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
vcorey@ag.nv.gov
Attorneys for Defendants Jennifer Nash and Gregory Bryan

/ / /

/ / /

2. Via United States Mail, first class, postage prepaid, and via electronic mail, upon Plaintiff at his last known address as follows:

GERARDO PEREZ
1417 Lucilee Street
Las Vegas, NV 89101

5479 Burkshire Drive
Las Vegas, NV 89142

geralaloperez@gmail.com

*<u>/s/ Erick Steve Perez</u>*
An employee of the LJU LAW FIRM

**LJU LAW FIRM**
7575 Vegas Drive, Suite 100, Las Vegas, NV 89128
T: (702) 707-9433 | F: (702) 702-2194